LEON ROSSI, PLAINTIFF-PETITIONER, v. NED J. PARSEK-
IAN, DIRECTOR OF MOTOR VEHICLES, DEPARTMENT
OF LAW AND PUBLIC SAFETY, DEFENDANT-RESPON-
DENT.

*Mr. Frank M. Lario* for petitioner.

*Mr. H. Hurlburt Tomlin* for respondent.

October 4, 1965.   Denied.

WALTER MERINSKY, *ET. AL.*, PLAINTIFF-PETITIONERS,
v. COLLINS CONCRETE CO., *ET. AL.*, DEFENDANTS-
RESPONDENTS.

*Messrs. Baker, Garber & Chazen* for petitioner.

*Messrs. Hanlon, Argeris & Amdur* for respondents.

October 4, 1965.   Denied.